

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Kaitlin Williams et al | )
    Plaintiff ) |
| v. | ) Case No. 13 C 8184 |
| United States of America et al | ) Judge Virginia M. Kendall |
| Defendant | ) |

## ORDER

Enter proposed order. It is hereby ordered that the Defendant United States of America's motion to dismiss claims against the United States [6], without prejudice, is granted; and all claims against remaining state defendants are remanded to State Court.

2014 JAN 23 AM 8:22
CLERK
U.S. DISTRICT COURT

Date: January 21, 2014

/s/ Virginia M. Kendall
U.S. District Judge

Rev. 10/2013